IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-CR-40072-RDR |
| | ) | |
| WILLIAM RYAN OWINGS, | ) | |
| Defendant. | ) | |

ORDER GRANTING DEFENDANT'S MOTION
FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS

NOW ON this 7th day of December, 2010 comes on for hearing Mr. Owings' Motion for Enlargement of Time to File Pretrial Motions. Plaintiff appears by and through counsel Randy M. Hendershot, Assistant United States Attorney. Defendant appears by and through counsel Donald R. Hoffman, Hoffman & Hoffman.

Counsel for Mr. Owings advises the Court that Mr. Owings is seeking an Order enlarging the time he has to file pretrial motions *at least* thirty (30) days or for such other length of time as the Court deems appropriate under the circumstances. Counsel for the government has articulated no objection to this request.

The Court finds that the enlargement of time for the filing of pretrial motions in this case will allow Mr. Owings the reasonable time necessary for effective preparation of a defense, including a review of numerous documents. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The ends of justice served by the granting of this request outweigh the best interests of the public and the defendant in a speedy trial. Any period of delay resulting from the granting of this request is excludable from the computation of the time in which trial must commence pursuant to 18 U.S.C. § 3161(h)(8).

IT IS THEREFORE ORDERED that Mr. Owings shall have up to and including the 7th day of January, 2011 to file pretrial motions and the government shall have up to and including the 14th day of January, 2011 to file its reply. Hearing on pretrial motions will be set for January 21, 2011 at 9:30 a.m. Any period of delay resulting from the granting of this request is excludable from the computation of the time in which trial must commence pursuant to 18 U.S.C. § 3161(h)(8).

IT IS SO ORDERED.

s/Richard D. Rogers
United States District Judge


Prepared by:

s/ Donald R. Hoffman
Donald R. Hoffman   (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank & Trust – 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail donhoffman@sbcglobal.net